**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FUN INVESTMENT HOMES, LLC, et. al.,** | |
| **Petitioner,** | **25-cv-01257 (ALC)** |
| **-against-** | |
| **KEITH D'AGOSTINO and JAMES D'AGOSTINO,** | **ORDER** |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

On February 11, 2026, Plaintiff Fun Investment homes, LLC, submitted a motion for

permanent injunction, stating that Defendant was in default in FINRA arbitration proceedings.   ECF

No. 19-2 at 2.   The parties should submit a joint status report by June 19, 2026, regarding the current

status of arbitration.

**SO ORDERED.**

Dated:  June 12, 2026
         New York, New York

_____
              **ANDREW L. CARTER, JR.**
              **United States District Judge**