**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FUN INVESTMENT HOMES, LLC, et. al.,**<br>**Petitioner,**<br>**-against-**<br>**KEITH D'AGOSTINO and JAMES D'AGOSTINO,**<br>**Defendants.** | **25-cv-01257 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court schedules a hearing on Petitioner's Motion for Preliminary Injunction and Order of Attachment, ECF No. 19, for **July 24, 2026**, at **12:00 p.m.** All parties shall appear and should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#). The parties should be prepared to discuss the traditional four factor test for injunctive relief as applied to this case. *See Winter v. National Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008).

**SO ORDERED.**

Dated: July 21, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**