**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FUN INVESTMENT HOMES, LLC, et. al.,**<br><br>**Petitioner,**<br><br>**-against-**<br><br>**KEITH D'AGOSTINO and JAMES D'AGOSTINO,**<br><br>**Defendants.** | **25-cv-01257 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Petitioner filed a letter brief on July 31, 2026, arguing that the arbitration agreement falls under the Convention pursuant to 9 U.S.C. § 202. ECF No. 31. Respondents may respond, no later than August 10, 2026, to Petitioner's filing by a letter brief not to exceed 3 pages.

**SO ORDERED.**

Dated: August 6, 2026
New York, New York

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**