**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FUN INVESTMENT HOMES, LLC, et. al.,**<br>**Petitioner,**<br>**-against-**<br>**KEITH D'AGOSTINO and JAMES D'AGOSTINO,**<br>**Defendants.** | **25-cv-01257 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court held a hearing on July 24, 2026, at which the Court raised concerns about whether it had subject matter jurisdiction over this suit. The Court thereafter issued an order to show cause why this action should not be dismissed for lack of subject matter jurisdiction. ECF No. 30. The parties submitted letter briefings in response to the order. ECF Nos. 29, 31, 33.

Petitioner alleges that the dispute concerns an agreement to purchase shares in a company registered in a foreign country. *See* ECF No. 29. Respondent has submitted a written agreement "governing the investment transaction that required FINRA arbitration." *See* ECF No. 18-1. Accordingly, based on the briefings and Respondents' representations in their Motion for Judgment on the Pleadings, there appears to be subject matter jurisdiction.

The petition, however, does not adequately allege the basis for subject matter jurisdiction. Petitioner will be permitted to amend the Petition to cure the pleading deficiency.

Accordingly, Petitioner's Motion for Preliminary Injunction is **DENIED** without prejudice. Respondent's Motion for Judgment on the Pleadings is also **DENIED** without prejudice.

Petitioner is **GRANTED** leave to amend the petition by September 23, 2026.

The parties' are **ORDERED** to submit a joint status report by October 5, regarding

whether the parties' intend to renew their motions or if Respondent intends to move to dismiss the Petition, and, if so, a proposed briefing schedule for those motions.

The Clerk of Court is respectfully directed to terminate ECF No. 18 and 19.

**SO ORDERED.**

Dated: September 9 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**