**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FUN INVESTMENT HOMES, LLC, et. al.,**

**Petitioner,**

**-against-**

**KEITH D'AGOSTINO and JAMES D'AGOSTINO,**

**Defendants.**

**25-cv-01257 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court schedules a conference for **October 29, 2026**, at **3:00 p.m.** The Parties should appear at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

**SO ORDERED.**

Dated: October 26, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**