**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FUN INVESTMENT HOMES, LLC, et. al.,**

**Petitioner,**

**-against-**

**KEITH D’AGOSTINO and JAMES D’AGOSTINO,**

**Defendants.**

**25-cv-01257 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties should submit a joint status report by December 4, 2026, regarding the current status of arbitration and settlement.

**SO ORDERED.**

Dated: October 29, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**